UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DARRYL FULTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:19-CV-418-BO** |
| JOHN GORSUCH, CLARENCE MORGAN, ) | |
| and DUKE UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on October 16, 2020, Defendants Gorsuch and Morgan were DISMISSED.

IT IS FURTHER ORDERED, AND DECREED that plaintiff's complaint in this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rule of Civil Procedure.

**This Judgment Filed and Entered on August 19, 2021, and Copies To:**

| | |
|---|---|
| Darryl Fulton | (Sent to P.O. Box 46016 Raleigh, NC 27620 via US Mail) |
| Michael B. Cohen | (via CM/ECF electronic notification) |
| Robert A. Sar | (via CM/ECF electronic notification) |

DATE:                                  PETER A. MOORE, JR., CLERK

August 19, 2021                  (By) /s/ Nicole Sellers

                                                      Deputy Clerk